IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD MINK,

    Petitioner,

v.                           CASE NO. 5:17-cv-201-MCR-GRJ

JORGE LABARGA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

The Court ordered Petitioner to file an amended petition on the Court's form and either pay the filing fee or file an IFP motion on or before August 31, 2017. The Court warned Petitioner that failure to do so would result in a recommendation that this case be dismissed without further notice. ECF No. 3. As of this date, Petitioner has neither complied nor sought an extension of time to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 5th day of September 2017.

                                  *s/ Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**